IN THE SUPREME COURT OF THE STATE OF NEVADA

TERRESITA FLORES ESCOLANO,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
TIMOTHY C. WILLIAMS, DISTRICT
JUDGE,
Respondents,
and
RAY SIOBAL; PRINCE SIOBAL; AND
REAZZEL SIOBAL, BY AND THROUGH
THEIR GUARDIAN AD LITEM RAY
SIOBAL,
Real Parties in Interest.

No. 76171

**FILED**

FEB 21 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DISMISSING PETITION*

Cause appearing, the parties' joint motion for voluntary dismissal of this petition is granted. This petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Timothy C. Williams, District Judge
      Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
      Muslusky Law
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-08050